■ CARLIN TRADING CORP. v. RUBY R. BENNETT.— Motion for a stay granted on the conditions that the appeal be perfected for the October 5, 1965 Non-Enumerated Calendar of this court, and that, to secure the payment of monthly use and occupation, defendant file a bond in the sum of $150 within 10 days of service of a copy of the order entered herein with notice of entry and continue the $300 bond required by the terms of the interim stay, or, in the event that said $300 bond was not posted, defendant post a $450 bond within 10 days of service of a copy of the order entered herein with notice of entry, and otherwise the stay is denied, in which event an ex parte order may be entered on proper proof submitted by plaintiff that the conditions have not been performed.  Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

## (September 23, 1965)

■ GRACE BRUNO v. ORAZIO BRUNO.— Motion to dismiss appeal granted, with $10 costs, unless appellant perfects the appeal for the November 1965 Term of this court.  (*Tonkonogy* v. *Jaffin*, 21 A D 2d 264.)  Upon failure to so perfect the appeal, an order dismissing the appeal may be entered ex parte. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

## (September 28, 1965)

■ CARL H. ABRAHAM, Respondent, v. HOTEL FONTAINEBLEAU, Appellant. — Order, entered on February 17, 1965, denying defendant's motion to dismiss the action for lack of jurisdiction, unanimously affirmed, without costs or disbursements but without prejudice to renewal after service of a complaint (*Fraley* v. *Desilu Prods.*, 23 A D 2d 79).  Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAIAH MASS, Appellant.— Case remanded to the Supreme Court, New York County, to determine the voluntariness of defendant's confession (*Jackson* v. *Denno*, 378 U. S. 368; *People* v. *Huntley*, 15 N Y 2d 72).  Accordingly, the determination of this appeal will be held in abeyance until the court below has made its findings.  Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH HACKEN, Appellant.— Judgment of conviction unanimouly affirmed.  The appeal from the order of resentence is dismissed since no appeal lies from that order. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

## (September 30, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CARUSO, Appellant.— Order entered September 22, 1964, denying without a hearing, petitioner's motion for a writ of error *coram nobis*, unanimously affirmed on the opinion of Mr. Justice MARKS at Special Term.  Concur — Breitel, J. P., Rabin, Valente, McNally and Steuer, JJ.